UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| RODREKUS WATSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV624-028 |
| BRIAN ADAMS, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 19), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 19.) Watson's request for immediate release, his Fourteenth Amendment due process claim, and his deliberate indifference claim against Defendants McFarland and Sharpe are all **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** Defendants "Doctor at Evans Memorial," "Evan[s] Memorial Hospital," McFarland, and Sharpe. Watson's failure to protect claim against Defendants Adams, Sullivan, and "John Doe," and his deliberate indifference claim against Defendant Riley remain pending.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of November, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA